DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DR. ALLAN VOCE,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D20-2414

[December 9, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 062016CA002636AXXXCE.

Samuel D. Lopez of Samuel D. Lopez, P.A., Southwest Ranches, for appellant.

Tricia J. Duthiers and Elizabeth A. Henriques of Liebler Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***